Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  07−15700 PM    Chapter:  13**

Audrey B. Hardy
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 2/9/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 2/9/10

                                      Mark D. Sammons, Clerk of Court
                                      by Deputy Clerk, B Balthrop301−344−0087