✓ RETAIN

Paul Mannes , U.S. BANKRUPTCY JUDGE         Evidentiary Hrg: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 02/09/2010  Time: 10:00

07-15700 Audrey B. Hardy

Bennie R. Brooks representing Audrey B. Hardy (Debtor)

Nancy L Spencer Grigsby (Trustee)

[74]  Motion to Dismiss Case for failure to make plan payments. (^5Spencer Grigsby, Nancy) — granted

[75]  Opposition on behalf of Audrey B. Hardy Filed by Bennie R. Brooks (related document(s)[74] Motion to Dismiss Case).

Movant: Audrey Hardy   BY B Brooks;


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
Denied without/with leave to amend by:_____Conf:_____Dismissed
Continued to: _____

Other Matters:     ✓(List Paper No next to ruling)

    Granted     ✓____        Sustained  _____        Denied     _____
    Overruled   _____       Withdrawn  _____        Under Adv. _____
    Moot        _____       Consent    _____        Dismissed  _____
    O.T.J. Fee  _____

DECISION:

[ ]  Signed by Court      [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel           [ ]  Court
     [ ]  Respondent's counsel       [ ]  Other _____

NOTES: